In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00302-CV
_____

RANDALL TREON AND BRIAN A. BREWER, Appellants

V.

NATIONAL BEAR HILL TRUST, Appellee

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 18-03-02841-CV

MEMORANDUM OPINION

The appellants, Randall Treon and Brian A. Brewer, filed a motion to dismiss this appeal with prejudice. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

 

 

_____
LEANNE JOHNSON
Justice

Submitted on October 31, 2018
Opinion Delivered November 1, 2018

Before Kreger, Horton, and Johnson, JJ.